UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO MEDRANO-SANCHEZ, | 1:07-cv-00816-OWW-WMW HC |
| Petitioner, | |
| v. | ORDER GRANTING<br>IN FORMA PAUPERIS STATUS |
| DENNIS SMITH, Warden, et al., | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:**   **June 6, 2007**        /s/ **William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE